CAUSE NO. DC-15-12151

| | | |
|---|---|---|
| BINH HOA LE, § | | IN THE DISTRICT COURT |
| Plaintiff, § | | |
| vs. § | | 191st JUDICIAL DISTRICT |
| EXETER FINANCE CORP. and ENZO PARENT, LLC, § | | |
| Defendants. § | | DALLAS COUNTY, TEXAS |

## DEFENDANTS' NOTICE OF FILING NOTICE OF REMOVAL

YOU ARE HEREBY NOTIFIED that the attached copy of the Notice of Removal to the United States District Court for the Northern District of Texas, Dallas Division, has been filed with the clerk of said district court in Dallas, Texas, on this 1st day of December, 2015. Pursuant to 28 U.S.C. § 1446, Defendants Exeter Finance Corp. and Enzo Parent, LLC, respectfully request that this Court proceed no further in this cause unless and until the action is remanded to state court.

Respectfully submitted,

_____
**R. ROGGE DUNN**
State Bar No. 06249500
Email: dunn@clousedunn.com
**GREGORY M. CLIFT**
State Bar No. 00795835
Email: gclift@clousedunn.com
**CLOUSE DUNN LLP**
1201 Elm St., Suite 5200
Dallas, Texas 75270-2142
Telephone:    (214) 220-3888
Facsimile:    (214) 220-3833

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify a true and correct copy of this document was served this 1st day of December, 2015, as follows:

| | |
|---|---|
| Levi G. McCathern<br>Matthew S. Muckleroy<br>MCCATHERN, P.L.L.C.<br>Regency Plaza<br>3710 Rawlins, Suite 1600<br>Dallas, TX  75219 | ☒ **VIA ECF**<br>☐ **VIA OVERNIGHT**<br>☐ **VIA FIRST CLASS MAIL**<br>☐ **VIA FAX   214-741-4717**<br>☐ **VIA EMAIL:**<br>    LMCCATHERN@MCCATHERNLAW.COM<br>☐ **VIA EMAIL:**<br>    MMUCKLEROY@MCCATHERNLAW.COM<br>☐ **VIA CERTIFIED MAIL, RRR** |

_____

_____
**GREGORY M. CLIFT**